# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| BOUNNAM CHANSOMBAT, | Case No.: 1:13-cv-01492-SKO |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the parties' stipulation, the above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

Dated:   **March 18, 2014**            **/s/ Sheila K. Oberto**
                                       UNITED STATES MAGISTRATE JUDGE